TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00723-CV

Travis Alan Schuetz, Appellant

v.

Michelle Marie Schuetz, Appellee

FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT

NO. 11,402, HONORABLE DON B. MORGAN, JUDGE PRESIDING 

PER CURIAM

 Travis Alan Schuetz filed a notice of appeal in this cause but did not pay his filing
fees in this Court. By letter dated December 4, 2000, this Court's clerk informed Travis Alan
Schuetz that he must pay the fees due by December 14, 2000 or this appeal would be dismissed. 
He has not paid the fees due. We dismiss this appeal for want of prosecution.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: January 11, 2001

Do Not Publish